IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD ELLIOT and KATHLEEN ELLIOT | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05-2175-Ma P |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST TENNESSEE BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT RULE 16(B) SCHEDULING ORDER

I.  Pursuant to Rule 16(b), a scheduling conference will be held in this case on June 9, 2005. Present for the conference will be:

Howard B. Manis, Esq., Counsel for Plaintiffs; and

John Starnes, Esq., Counsel for Defendant.

II.  Pursuant to Rule 26(f), the parties reported that initial disclosures as required by Rule 26(a)(1) are to be made by the plaintiff and by the defendant on June 3, 2005.

III.  Pursuant to the scheduling conference, the following dates will be established as the final dates for:

> A. JOINING PARTIES: **July 8, 2005**
>
> B. AMENDING PLEADINGS:: **July 8, 2005**
>
> C. INITIAL MOTIONS TO DISMISS **August 5, 2005**
>
> D. COMPLETING ALL DISCOVERY: **December 31, 2005**
>
>> (1) DOCUMENT PRODUCTION and INTERROGATORIES (propounded so that responses are due no later than): **December 31, 2005**

M JBS 872194 v1
2100000-B07943 05/16/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05



  (2) DEPOSITIONS AND REQUESTS FOR ADMISSIONS (propounded so that responses are due no later than): **December 31, 2005**

  (3) EXPERT DISCLOSURE (Rule 26):

    (a) PLAINTIFFS' RULE 26 EXPERT INFORMATION: **October 10, 2005**

    (b) DEFENDANT'S RULE 26 EXPERT INFORMATION: **October 10, 2005**

    (c) Either party shall have forty-five (45) days from the above date in which to identify an expert for rebuttal purposes. The parties shall be allowed until **January 31, 2006** for depositions of any such expert.

 E. WITNESSES AND EXHIBITS UNDER RULE 26(a) (3):

  (1) PLAINTIFFS' FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(A) (3) DUE: **30 days before trial**

  (2) DEFENDANT'S FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a) (3) DUE: **30 days before trial**

  (3) PARTIES HAVE 10 DAYS AFTER SERVICE OF FINAL LISTS OF WITNESSES AND EXHIBITS TO LIST OBJECTIONS UNDER RULE 26(a)(3).

 F. FILING SUMMARY JUDGMENT MOTIONS: February 15, 200~~5~~ 6 *TMP*

Settlement cannot be evaluated prior to discovery deadline.

IV. This jury trial is expected to last 2 days.

 A. This case is SET FOR TRIAL at _____ on _____.

 B. A pretrial conference will be held in this case at _____ on _____.

 C. A joint pretrial order shall be submitted no later than _____ on _____.

2

V. The parties do not consent to all matters being conducted by the Magistrate Judge, including the conducting of a jury trial, if properly demanded, with any appeal of the verdict to be directly to the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 636(c).

VI. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

VII. The opposing party may file a response to any motion filed in this matter.

VIII. Under Rule 30 and Rule 31 of the Federal Rules of Civil Procedure, no deposition shall exceed one (1) day of seven (7) hours in length, unless authorized by the Court. Each side is limited to ten (10) depositions unless additional depositions are authorized by the Court after a showing of good cause.

IX. Under Rule 33 of the Federal Rules of Civil Procedure, no more than twenty-five (25) written interrogatories shall be served on a party unless authorized by the Court.

X. No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

XI. Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

Stipulated by the parties this 16th day of May, 2005.

M JBS 872194 v1
2100000-B07943 05/16/05

Attorneys for Defendant:

R. Mark Glover, Esq. (#6807)
John Starnes, Esq. (#21012)
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103

*[signature]*
Signature

Attorneys for Plaintiffs:

Howard B. Manis, Esq. (#16202)
Jason G. Wolfkill, Esq. (#18962)
80 Monroe Avenue, Suite G-1
Memphis, TN 38103

*[signature: Howard Manis w/ permission]*
Signature

Adopted by the Court this 17 day of May, 2005.

*[signature]*
JUDGE

4

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02175 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT