IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 23 PM 12: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| DONALD ELLIOT and KATHLEEN ELLIOT,  Plaintiffs,  v.  FIRST TENNESSEE BANK, N.A.,  Defendant. | )  )  )  )  )  )  )  No. 05-2175 Ml/P  )  )  )  )  ) |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on May 18, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.  The jury trial in this matter, which is anticipated to last two (2) days, is set to begin <u>Monday, April 17, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.  A pretrial conference is set for <u>Tuesday, April 11, 2006 at 8:45 a.m.</u>

3.  The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>April 4, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-23-05

/0

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 23 day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02175 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT