IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 3: 26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DONALD ELLIOT and KATHLEEN ELLIOT )
)
        Plaintiffs, )
)
v. )
)
FIRST TENNESSEE BANK, N.A. )
)
        Defendant. )

No. 05-2175-Ma P

**MOTION GRANTED** _____

U.S. MAGISTRATE JUDGE

June 7, 2005
DATE

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, First Tennessee Bank National Association ("First Tennessee"), respectfully moves the Court for an extension of time to respond to the Complaint filed in this cause, and states as follows:

Counsel for Plaintiffs and counsel for First Tennessee have agreed, subject to the Court's approval, that First Tennessee may have until April 11, 2005 to respond to the Complaint. Counsel's Certificate of Consultation is attached to, and by referenced made a part of, this Motion.

Respectfully submitted,

R. MARK GLOVER (6807)
JOHN STARNES (21012)
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103

*Counsel for First Tennessee Bank National Association*

M JBS 866553 v1
2100000-B07943 03/23/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-8-05 _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been provided to the following counsel of record via U.S. Mail, postage prepaid, this the 2 4 day of March, 2005:

> Howard B. Manis, Esq.
> Jason G. Wolfkill, Esq.
> 80 Monroe Avenue, Suite G-1
> Memphis, TN 38103

*Counsel for Donald Elliot and Kathleen Elliot*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD ELLIOT and KATHLEEN ELLIOT | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05-2175-Ma P |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST TENNESSEE BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF CONSULTATION

I, John Starnes, counsel for Defendant, First Tennessee Bank National Association ("First Tennessee"), hereby state that on March 23, 2005, I conferred with Howard B. Manis, counsel for Plaintiffs, regarding First Tennessee's Motion for Extension of Time to Respond to Complaint, and he advised that he consents to the Motion.

Respectfully submitted,

R. MARK GLOVER (6807)
JOHN STARNES (21012)
BAKER, DONELSON, BEARMAN,
     CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN  38103

*Counsel for First Tennessee Bank National Association*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been provided to the following counsel of record via U.S. Mail, postage prepaid, this the $\underline{27}$ day of March, 2005:

Howard B. Manis, Esq.
Jason G. Wolfkill, Esq.
80 Monroe Avenue, Suite G-1
Memphis, TN 38103

*Counsel for Donald Elliot and Kathleen Elliot*

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02175 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT