IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DONALD ELLIOT, et al.,

        Plaintiffs,

vs.                           Civ. No. 05-2175-Ml/P

FIRST TENNESSEE BANK, N.A.,

        Defendant.

### ORDER DIRECTING PARTIES TO ENGAGE IN MEDIATION

On October 13, 2005, the parties in this action appeared before the court for a status conference. At the conference, the parties informed the court that they believe mediation is appropriate in this case. The parties are hereby ordered to engage in court-annexed attorney mediation or private mediation before the close of discovery.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 17, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02175 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT