IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

MOTION GRANTED

*JON PHIPPS McCALLA*
*U.S. DISTRICT JUDGE*
Dec. 9, 2005
DATE

DONALD ELLIOT and KATHLEEN ELLIOT,

    Plaintiffs,

v.

FIRST TENNESSEE BANK, N.A.,

    Defendant.

Civil Action No. 05-2175-Ma P *m/*

JURY DEMANDED

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND FOR CONTINUANCE OF TRIAL DATE

This matter is before the Court on Plaintiff's Unopposed Motion for Enlargement of Time and for Continuance of Trial Date. The Court being fully advised in the premises, and for good cause shown, this motion shall be and hereby is GRANTED.

IT IS HEREBY ORDERED that the following deadlines established in the Scheduling Order (Doc. 8) shall be and hereby are extended as noted:

1. COMPLETING ALL DISCOVERY:     February 15, 2006

    a. DOCUMENT PRODUCTION AND INTERROGATORIES (propounded so that responses are due no later than):     February 15, 2006

    b. DEPOSITIONS AND REQUESTS FOR ADMISSIONS (propounded so that responses are due no later than):     February 15, 2006

2. FILING SUMMARY JUDGMENT MOTIONS:     April 10, 2006

In all other respects, the Scheduling Order (Doc. 8) shall remain in force unchanged.

{L:\WDOX\BKClient\5118\001\pld\00011405.DOC}

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

IT IS FURTHER ORDERED that the trial and pretrial dates set forth in the Order Setting Trial and Pretrial Dates (Doc. 10) shall be and hereby are continued as follows:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin ___June 26, 2006___ at ___9:30___ in courtroom no. 4.

2. A pretrial conference is set for ___June 19, 2006___ at ___9 am___.

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on ___June 9, 2006___.

Dated ___Dec. 9___, 2005.

_____
UNITED STATES DISTRICT JUDGE
~~or UNITED STATES MAGISTRATE JUDGE~~

{L:\WDOX\BKClient\5118\001\pld\00011405.DOC}

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02175 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT