IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DONALD ELLIOT and KATHLEEN ELLIOT,

    Plaintiffs,

    v.                  Civil Action No. 05-2175-JPM-tmp

FIRST TENNESSEE BANK, N.A.,

                JURY DEMANDED

    Defendant.

ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

    This matter is before the Court on Plaintiffs' Unopposed Motion for Voluntary Dismissal (DE 51) ("Motion"). For the reasons stated therein, the Motion is GRANTED.

    Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

    SO ORDERED this 8th day of February, 2008.

                s/ JON PHIPPS McCALLA
                UNITED STATES DISTRICT JUDGE