```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

---

**DONALD ELLIOT and KATHLEEN ELLIOT,**       **JUDGMENT**

    **Plaintiffs,**

**v.**

**FIRST TENNESSEE BANK, N.A.,**   No. 05-2175-JPM-tmp

    **Defendant.**

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Unopposed Motion for Voluntary Dismissal entered February 8, 2008, this case is DISMISSED with prejudice.


APPROVED:


s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE


February 8, 2008
DATE